PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Dawn Shanell Germany      **Docket Number:** 15-00048-001
    **PACTS Number:** 58704

**Name of Sentencing Judicial Officer:**    HONORABLE EDURADO C. ROBRENO
    UNITED STATES DISTRICT JUDGE
    (EASTERN DISTRICT OF PENNSYLVANIA)

**Name of Newly Assigned Judicial Officer:** HONORABLE NOEL L. HILLMAN
    UNITED STATES DISTRICT JUDGE
    **(Effective as of November 4, 2015)**

**Date of Original Sentence:** 11/16/2010

**Original Offense:** Possession with Intent to Distribute Cocaine, in violation of 21§ 841(a)(1)(b)(1)(c)

**Original Sentence:** Imprisonment - 41 months; Supervised Release - 6 years

**Special Conditions:** Special Assessment, Fine, Drug Treatment, Financial Disclosure, No New Debt/Credit, Substance Abuse Testing, Special Assessment, Substance Abuse Testing, Fine, Drug Treatment, Financial Disclosure, No New Debt/Credit, Drug Treatment, Financial Disclosure, No New Debt/Credit, Fine, Special Assessment, DNA testing, Substance Abuse Testing

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 07/23/2014

**Assistant U.S. Attorney:** To be assigned, 401 Market St., 4th Floor, Camden, New Jersey 08101, (856) 757-5026

**Defense Attorney:** To be assigned, Federal Defenders Office, 800 Cooper Street, Suite 350, Camden, New Jersey 08102, (856) 757-5341

---

## PETITIONING THE COURT

☐   To issue a warrant
☐   To issue a summons
**x**   **To add Violation Number 3.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.'** |
| | The offender was sent written instruction to report to the office on July 13, 2015. |

Prob 12C – page 2
Dawn Shanell Germany

Germany failed to report to U.S. Probation Office on July 13, 2015.

2  The offender has violated the standard supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'**

On July 14, 2015, the undersigned officer attempted to locate the offender at her residence. The undersigned officer met with the offender's parents, who advised that the offender has not been at the residence for well over a week. They further stated Germany has not contacted them or her son.

3  The offender has violated the standard supervision condition which states **'You shall not leave the judicial district without the permission of the Court or Probation Officer.'**

On October 28, 2015, the offender was arrested by the U.S. Marshals in the Northern District of Georgia. Germany was never granted permission to leave the district of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

By: Christine M Rennie
U.S. Probation Officer
Date: 11/09/2015

---

THE COURT ORDERS:

☐ The Issuance of a Warrant
☒ The Issuance of a Summons. Date of Hearing: *Monday 12/14/15 at 11:30am Courtroom 3A.*
☐ No Action
☒ Add Violation Number 3.

_____
Signature of Judicial Officer

Nov. 13 2015
Date